UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JADE DUET | CIVIL ACTION |
| VERSUS | NO. 12-3025 |
| AMERICAN COMMERCIAL LINES LLC, ET AL. | SECTION "H"(5) |

### ORDER

    This is a Jones Act personal injury action originally filed in the 23rd Judicial District Court, Parish of St. James, Louisiana.  Defendants removed the action to this Court on the basis of diversity jurisdiction, alleging that Plaintiff fraudulently pleaded his Jones Act claim.  Plaintiff responded with a motion to remand, which this Court denied.  *See generally Duet v. Am. Commercial Lines, LLC*, No. 12–3025, 2013 WL 1682988 (E.D. La. Apr. 17, 2013).  The Court found that Plaintiff could not establish seaman status as a matter of law and that therefore the general prohibition against the removal of Jones Act claims was inapplicable. *See generally id.*  Subsequent to this ruling, the Fifth Circuit issued *Naquin v. Elevating Boats*, No. 12–31258, 2014 WL 917053 (5th Cir. 2014).  *Naquin* is a published decision, which clarifies and expounds upon the law of seaman status in the Fifth Circuit.  The Court has re-examined its previous interlocutory order *sua sponte* in light of *Naquin* and is convinced that remand is appropriate.  *See Stephens v. Fla. Marine Transporters, Inc.*, No. 12–1873, 2013 WL 5236624, at *1 n.1 (E.D. La. Sept. 16, 2013) (noting that district courts may reconsider interlocutory orders *sua sponte*).

1

Given the foregoing;

**IT IS ORDERED** that this matter be **REMANDED** to state court.


New Orleans, Louisiana, this 2nd day of April, 2014.

                                                **JANE TRICHE MILAZZO**
                                                **UNITED STATES DISTRICT JUDGE**